ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendants*
*Wal-Mart Stores, Inc. &*
*Walmart, Inc. d/b/a Walmart #2592*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARISELA ALVAREZ, individually, | Case No.: 2:19-cv-01522-RFB-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC.; WALMART INC. d/b/a/ WALMART #2592; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1 | party's own costs and attorney's fees.

DATED this 12 day of ~~September~~ October, 2020.

**NAQVI INJURY LAW**

FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
PAUL G. ALBRIGHT, ESQ.
Nevada Bar No. 14159
9500 W. Flamingo Rd., Suite 104
Las Vegas, NV 89147

*Attorneys for Plaintiff*
*Marisela Alvarez*

DATED this 14 day of ~~September~~ October, 2020.

**PHILLIPS, SPALLAS & ANGSTADT**

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Wal-Mart Stores, Inc. &*
*Walmart, Inc. d/b/a Walmart #259*

*Marisela Alvarez v. Wal-Mart Stores, Inc.& Walmart, Inc. d/b/a Walmart #2592*
Case No. 2:19-cv-01522-RFB-EJY

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 15th day of October, 2020.

_____
**UNITED STATES DISTRICT JUDGE**